**In the Matter of the Estate of W. E. Rhodes, deceased. Alyce W. Schaefer, appellant, v. Martin J. O'Brien, administrator de bonis non of estate of W. E. Rhodes, deceased, appellee. Gen. No. 39,788.**

Opinion filed May 11, 1938.
V. D. McConnell, for appellant. David Fisher and Max A. Kopstein, for appellee; Howard D. Moses, of counsel.
Mr. Justice Hall delivered the opinion of the court.